UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHIRLEY BLAIZE, | ) |
|           Plaintiff, | ) |
| v. | ) No. 1:18-cv-01158-JRS-MJD |
| ROSEBUD LENDING RQC<br>  d/b/a QCREDIT.COM, | ) |
|           Defendant. | ) |

**Order Granting Motion for Default Judgment (ECF No. 18)**

Plaintiff Shirley Blaize moves for default judgment against Defendant Rosebud Lending RQC d/b/a Qcredit.com. (ECF No. 18.) For the reasons that follow, the motion should be granted.

Plaintiff obtained a clerk's entry of default against Defendant on August 27, 2018. Plaintiff now moves the Court to enter default judgment under Fed. R. Civ. P. 55(b)(2). (Plaintiff could have moved for the Clerk to enter a default judgment under Fed. R. Civ. P. 55(b)(1) since Plaintiff's claim is for a sum that can be made certain by computation (statutory damages of $500 per call for 58 calls, trebled, which equals $87,000), and Plaintiff's motion is supported by an affidavit showing the amount due. (*See* ECF Bo. 18-1.))

The Court, having considered the motion for default judgment, finds that the Court has jurisdiction, the facts admitted by Defendant's default establish a violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and establish Plaintiff's right to treble damages under § 227(b)(3). Accordingly, Plaintiff's Motion for Default

Judgment (ECF No. 18) is **granted** and the Court directs entry of final judgment in favor of Plaintiff and against Defendant of statutory damages in the sum of $87,000 with post-judgment interest under 28 U.S.C. § 1961(a).

Date: 2/27/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution via ECF to all counsel of record

Distribution by U.S. Mail:

Rosebud Lending RQC d/b/a Qcredit.com
C/O Registered Agents
National Registered Agents, Inc.
100 Canal Pointe Boulevard
Princeton, NJ 08540

Rosebud Lending RQC d/b/a Qcredit.com
C/O Registered Agents
CT Corporation System
820 Bear Tavern Road
Trenton, NJ 08628