UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHIRLEY BLAIZE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-01158-JRS-MJD ) |
| ROSEBUD LENDING RQC d/b/a QCREDIT.COM, | ) ) ) |
| Defendant. | ) |

**Final Judgment**

The Court enters final judgment in this action in favor of Plaintiff Shirley Blaize and against Defendant Rosebud Lending RQC d/b/a Qcredit.com for a damages award of $87,000. Post-judgment interest is awarded pursuant to 28 U.S.C. § 1961.

Date: 2/27/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution via ECF to all counsel of record

Distribution by U.S. Mail:

Rosebud Lending RQC d/b/a Qcredit.com
C/O Registered Agents
National Registered Agents, Inc.
100 Canal Pointe Boulevard
Princeton, NJ 08540

Rosebud Lending RQC d/b/a Qcredit.com
C/O Registered Agents
CT Corporation System
820 Bear Tavern Road
Trenton, NJ 08628